FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA.

00 AUG -2 AM 11:31

SIGN [signature]
by DEPUTY CLERK

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**WILLIAM D. BENSON** **NO.** 00-591-C-M2

**VERSUS** **DIVISION**

**DIAMOND OFFSHORE DRILLING, INC.** **SECTION**

**COMPLAINT**

COMES NOW William D. Benson (Donny Benson), who sues Diamond Offshore Drilling, Inc. (Diamond) as follows:

**The Parties**

**I.**

Plaintiff, Donny Benson, is a resident and citizen of Rapides Parish, Louisiana.

**II.**

Defendant, Diamond, is a Delaware corporation doing business in the State of Louisiana and within the jurisdiction of this Court.

**Jurisdiction**

**III.**

This is an admiralty and maritime case within the meaning of Rule 9(h).

**IV.**

This is also a Jones Act case (46 U.S.C. 688) but one brought in admiralty.



| ACTION | INITIALS | DOCKET # |
|---|---|---|
| PROCESSED | nml | 1 |
| CHARGED | | |

JP, Summons

## General Allegations

**V.**

On or about January 22 – 23, 1998, Donny Benson was employed by Diamond as a seaman and member of the crew of a vessel owned, operated and controlled by Diamond, the Ocean Concord.

**VI.**

The Ocean Concord was at that time a vessel in navigation on the waters of the Gulf of Mexico and engaged in drilling operations.

**VII.**

On or about January 22 – 23, 1998, Donny Benson, through no fault of his own, was injured through the negligence of his employer Diamond, and by reason of Diamond's failure to provide him a safe place to work, and by the unseaworthiness of the Ocean Concord.

**VIII.**

Diamond was negligent, its workplace unsafe, and the Ocean Concord unseaworthy because, among other things, Donny Benson's co-workers including his supervisors failed to keep a proper lookout and allowed the ball of a crane line to strike him in the back, the vessel's crew was inadequately trained and skilled, and her equipment was inadequate.

## Damages

### IX.

As a result of the negligence and fault of Diamond, and the unseaworthiness of the Ocean Concord, Donny Benson has sustained and will sustain damages including medical expenses, pain and suffering, mental anguish, disability, humiliation and embarrassment, wage loss, and lost earnings capacity.

### X.

Before the accident, Donny Benson was an bodied seaman with a significant average annual income. As a result of the accident, he can no longer pursue his occupation as seaman and he has lost and will lose large sums of money which he would have otherwise earned.

## Maintenance and Cure

### XI.

As a result of the accident of January 22 – 23, 1998, Donny Benson has undergone extensive medical care and will need further care in the future. Diamond is liable to Donny Benson for the cost of this cure and for maintenance under the general maritime law.

### XII.

Donny Benson is additionally entitled to pre-judgment interest from the day of the

accident inasmuch as both his Jones Act and his unseaworthiness claims are in the admiralty.

XIII.

WHEREFORE, plaintiff, William D. Benson, prays:

1. That he have judgment in his favor and against Diamond Offshore Drilling, Inc. in an amount reasonable in the premises.

2. That he have judgment against defendant, Diamond Offshore Drilling, Inc., for maintenance and cure in the amounts provided by law.

3. That he be awarded pre-judgment interest from January 22 - 23, 1998.

4. That he have all other just and equitable relief.

Respectfully submitted,

CHARRIER & CHARRIER

John O. Charrier, Jr. 4097
8923 Bluebonnet Blvd.
Baton Rouge, Louisiana 70810
Telephone (225) 768-9771

**MR. CLERK, PLEASE ISSUE SUMMONS FOR SERVICE ON DEFENDANT AS FOLLOWS:**

Diamond Offshore Drilling, Inc.
through its Agent for
Service of Process
CT Corporation
8550 United Plaza Blvd.
Baton Rouge, Louisiana 70809

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**

William D. Benson

**DEFENDANTS**

Diamond Offshore Drilling, Inc.

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF ______
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT ______
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Charrier & Charrier
8923 Bluebonnet Blvd.
Baton Rouge, Louisiana 70810
Telephone (225) 768-9771

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)
- ☒ Rule 9(h), Admiralty

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☒ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury – Med Malpractice
- ☐ 365 Personal Injury – Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence

HABEAS CORPUS:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R R & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt Relations
- ☐ 730 Labor/Mgmt Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl Ret Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U S Plaintiff or Defendant)
- ☐ 871 IRS – Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions

## VI. CAUSE OF ACTION
(CITE THE U S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Suit for personal injury, Gulf of Mexico

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ YES ☒ NO

## VIII. RELATED CASE(S) (See instructions): IF ANY
JUDGE ______ DOCKET NUMBER ______

DATE ______ SIGNATURE OF ATTORNEY OF RECORD ______

**FOR OFFICE USE ONLY**

RECEIPT # 70311 AMOUNT $150.00 APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______